# Liquidation Value Analysis

**Case Numb. #15-05294**

*Debtor: ELISA LUIS INFANTE MIRANDA*

| Real Property | Value | Liens | Net Equity | Debtor's % Interest | Net Equity to Estate | Sect. 522 Used | Exemption Amount Claimed | Equity Avail. For Admin. | Administrative Expense at 5.5% | Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Primary Residence | $160,000.00 | $188,657.52 | $(28,657.52) | 100% | $(28,657.52) | (d)(1) | $ - | $ - | $ - | $ - |
| 2 Second Residence | $300,000.00 | $101,697.21 | $198,302.79 | 100% | $198,302.79 | | | $198,302.79 | $16,500.00 | **$181,802.79** |
| **Real Property (Herencias)** | | | | | | | | | | $ - |

| Personal Property | Value | Liens | Net Equity | Debtor's % Ownership Interest | Net Equity to Estate | Exemption Being Used | Exemption Amount Claimed | Net Equity | Administrative Expense at 5.50% | Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Cash on Hand | $ - | $ - | $ - | 100% | $ - | (d)(5) | | $ - | $ - | $ - |
| 2 Checking Account | $356.03 | $ - | $356.03 | 100% | $356.03 | (d)(5) | $356.03 | $ - | $ - | $ - |
| 2 Utility Deposits | $ - | | $ - | 100% | $ - | (d)(5) | $125.00 | $ - | $ - | $ - |
| 2 Savings Account | $ - | | $ - | 100% | $ - | (d)(5) | $ - | $ - | $ - | $ - |
| 2 H.H. FURNITURE | $4,750.00 | | $4,750.00 | 100% | $4,750.00 | (d)(3) | $4,750.00 | $ - | $ - | $ - |
| 5 Books and Pictures | $ - | | $ - | 100% | $ - | (d)(3) | $ - | $ - | $ - | $ - |
| 6 Clothing | $500.00 | $ - | $500.00 | 100% | $500.00 | (d)(3) | $500.00 | $ - | $ - | $ - |
| 7 Jewlery | $300.00 | | $300.00 | 100% | $300.00 | (d)(4) | $300.00 | $ - | $ - | $ - |
| 9 Life Insurance | $ - | $ - | $ - | 100% | $ - | (d)(7) | $ - | $ - | $ - | $ - |
| 12 Retirement Accounts | | | $ - | 100% | $ - | (d)(12) | $4,531.34 | $ - | $ - | $ - |
| 13 Stocks in Medi Co | | | $ - | 100% | $ - | (d)(5) | $ - | $ - | $ - | $ - |
| 16 Accounts Receivables | | | $ - | 100% | $ - | (d)(5) | $ - | $ - | $ - | $ - |
| 21 Claims, Lawsuits, etc. | | | $ - | 100% | $ - | (d)(5) | | $ - | $ - | $ - |
| 25 Auto #1 | $6,375.00 | $2,014.00 | $4,361.00 | 100% | $4,361.00 | (d)(2) | | $4,361.00 | $239.86 | $4,121.15 |
| Vehicle #2 | | | $ - | 100% | $ - | (d)(2) | | $ - | $ - | $ - |
| 29 Maquinery | $1,565.00 | | $1,565.00 | 100% | $1,565.00 | (d)(3) | $1,565.00 | $ - | $ - | $ - |
| 30 Inventory | $125.00 | | $125.00 | 100% | $125.00 | (d)(5) | $125.00 | $ - | $ - | $ - |
| Tax Refund | $3,867.50 | | $3,867.50 | 100% | $3,867.50 | (d)(5) | $3,867.50 | $ - | $ - | $ - |

| | |
|---|---|
| **Case Liquidation Value** | **$ 185,923.94** |
| Chapter 7 Trustee's Liquidating Fees | $ 19,342.39 |
| Net Liquidation Value to Estate | $ 166,581.54 |
| Term of Plan | 5 |
| Present Value Required to Unsecured Creditors | $ 193,234.59 |