IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                                   CASE NO. 15-05294

ELISA LUISA INFANTE MIRANDA                                       CHAPTER 11

      DEBTOR(S)
_____/

### DEBTOR'S REPORT OF PAYMENTS UNDER THE PLAN AND REQUEST FOR A FINAL DECREE PURSUANTO TO BANKRUPTCY RULES 3021 AND LOCAL BANKRUPTCY RULE 2022-1(a)(b)

**TO THE HONORABLE COURT:**

    Comes now Debtor(s), represented by undersigned counsel, and very respectfully alleges and informs as follows:

1. Elisa Luisa Infante Miranda (the "Debtors") filed the instant Voluntary Petition under Chapter 11 of the Bankruptcy Code on July 10, 2015.

2. The Amended Plan of Reorganization under Chapter 11 was filed by Debtor in the above captioned case on May 31, 2016. *See*, docket #96.

3. On June 27, 2016, the Plan of Reorganization in the present case was confirmed. This Honorable Court entered an Order to that effect at docket #105. Additionally, pursuant to PR LBR 3022-1, the Honorable Court ordered the Debtor to file a Final Report/Decree.

4. In compliance therewith, the Debtor herewith informs as follows:

    (a) That the Plan of Reorganization has been substantially consummated in accordance with the Plan, the order of confirmation, and any orders of the court subsequent to confirmation;

    (b) That the Debtor has commenced or completed all payments of administrative expenses. For example, fees to the U.S. Trustee have been paid as per statements requested by U.S. Trustee's Office. *See,* **Exhibit A.**

    (c) The Debtor has commenced making payments under the Plan of Reorganization. Moreover, the Plan of Reorganization has been substantially consummated in accordance with the Plan and the Order of Confirmation. *See*, **Exhibit B**.

(d) All remaining distributions prescribed by the plan will be made in accordance thereto. *See*, **Exhibit C**.

(e) That there are no contested matters or adversary proceedings pending in this case.

5. Discharge: Confirmation of the above captioned case Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141(d)(5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure. Therefore, discharge is not being sought at this time. Debtors will move the court for the re-opening of the case once payments are completed to request the entry of Debtors' discharge.

6. Accordingly, the Debtor understands that because the plan has been substantially consummated pursuant to 11 USC §1101(2), Bankruptcy rule 3022 and Local Bankruptcy Rule 3022-1(a)(b)(c) an entry of the final decree order is proper at this time.

**WHEREFORE**, the debtor respectfully requests this Honorable Court issue a Final Decree in the instant Bankruptcy Proceedings for all the above stated.

**NOTICE OF OPPORTUNITY TO OBJECT PURSUANT TO LBR 9013-1(h) within fourteen (14) days after service as evidence by the certification, and an additional three (3) days pursuant to Feb. R. Bank. P. 9006(f) if you were served by mail, and any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 17th day of May, 2018.

**CERTIFICATE OF SERVICE,** I **HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send a notification upon information and belief, of such filing to the following: THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**THE BATISTA LAW GROUP, PSC.**

Jesus E. Batista Sanchez, 227014
PO BOX 191059
SAN JUAN PR 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail jeb@batistasanchez.com
/s/ Jesús E. Batista Sánchez, Jr.

**EXHIBIT A**

ADMINISTRATIVE PAYMENTS

| CREDITOR | ADDRESS | AMOUNT DUE | PAYMENT MADE | PENDING PAYMENT |
|---|---|---|---|---|
| ATTORNEY JESUS BATISTA | PO BOX 191059<br>SAN JUAN PR 00919 | $7,592.00 | $7,592.00 | 0 |
| US TRUSTEE | EDIFICIO OCHOA 500 TANCA STREET SUITE 300<br>SAN JUAN PR 00901 | $2,275.00 | $2,274.50 | .50 |

# Exhibit B

Pursuant to Chapter 11 Plan Payments this classes are scheduled to receive payments:

| **Creditor** | **Address** | **Amount due** | **Payment made** | **Pending payment** |
|---|---|---|---|---|
| DITECH FINANCIAL LLC<br>CLASS 1 | PO BOX 6154<br>RAPID CITY, SD 57709-6154 | $179,363.09 | $36,244.00 | $143,119.09 |
| DITECH FINANCIAL LLC<br>CLASS 2 | PO BOX 6154<br>RAPID CITY, SD 57709-6154 | $28,304.53 | $5,428.00 | $22,876.53 |
| FIRST BANK<br>CLASS 3 | PO BOX 192938<br>SAN JUAN PR 00919-3409 | $91,078.89 | $16,698.00 | $74,380.89 |
| CRIM<br>CLASS 4 | PO Box 195115<br>San Juan, PR 00915-5115 | $9,911.06 | $1,211.32 | $8,699.74 |

Exhibit C

Remaining Distribution to Unsecured Claims:

**UNSECURED CREDITORS**

| **Creditor payment** | **Address** | **Amount due** | **Payment made** | **Pending** |
|---|---|---|---|---|
| UNSECURED CREDITORS | | $31,000.00 | 0 | $31,000.00 |