# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO
## _____ DIVISION

IN RE:   ELISA LUISA INFANTE MIRANDA   }   CASE NUMBER: 15-05294-BKT11
                                       }
                                       }   JUDGE   BRIAN K. TESTER
                                       }
DEBTOR.                                }   CHAPTER 11

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM   July 1, 2017   TO   September 30, 2017

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   9/30/2017                                /s/Jesus E. Batista Sanchez
                                                  Attorney for Debtor

Debtor's Address                           Attorney's Address
and Phone Number:                          and Phone Number:
Villa Nevarez                              Cond. Midtown Center Suite 901
332 Calle 32                               420 Ave Juan Ponce De Leon
San Juan PR 00927-4721                     San Juan PR 00918
                                           Bar No. _____
Tel. 787-764-5948                          Tel.  787-620-2856

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                                                                                         **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| PROPERTY POLICY    SEGUROS MULTIPLES | 9/1/17 TO 9/1/18 | $ 481.00  Annually | None |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____

    I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 31th  day of May 2018.                                                                    */s/ Elisa L Infante Miranda*
                                                                                                                             Debtor's Signature

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** ELISA LUISA INFANTE MIRANDA

**Case Number:** 15-05294-BKT11

**Date of Plan Confirmation:** June 27, 2016

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarter Ended September 30, 2017 | Post Confirmation Total |
|---|---:|---:|
| 1. **CASH (Beginning of Period)** | $ 14.00 | $ 110.66 |
| 2. **INCOME or RECEIPTS during the Period** | $ 12,778.02 | $ 90,079.78 |
| 3. **DISBURSEMENTS** | | |
| a. **Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | $ - | $ 2,600.00 |
| (ii) Federal Taxes | - | - |
| (iii) State Taxes | - | - |
| (iv) Other Taxes | - | - |
| | | - |
| b. **All Other Operating Expenses:** | $ 7,745.39 | $ 76,046.81 |
| c. **Plan Payments:** | | |
| (i) Administrative Claims | $ | $ 5,557.00 |
| (ii) Class One | - | - |
| (iii) Class Two | - | - |
| (iv) Class Three | 4,135.62 | 5,075.62 |
| (v) Class Four | - | - |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 11,881.01 | $ 89,279.43 |
| 1. **CASH (End of Period)** | $ 911.01 | $ 911.01 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**　　　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | 7/31/2017 Account #1 | 8/31/2017 Account #2 | 9/30/2017 Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | BPPR | BPPR | |
| Account Number: | 110-427963 | 110-427963 | 110-427963 | |
| Purpose of Account (Operating/Payroll/Tax) | BUSINESS | BUSINESS | BUSINESS | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | CHECKING | |
| | | | | |
| 1. **Balance per Bank Statement** | $ 439.40 | $ 18.12 | $ 911.01 | |
| 2. **ADD**: Deposits not credited | - | - | - | |
| 3. **SUBTRACT**: Outstanding Checks | - | - | - | |
| 4. Other Reconciling Items | - | - | - | |
| 5. **Month End Balance** (Must Agree with Books) | $ 439.40 | $ 18.12 | $ 911.01 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

3. **SUBTRACT**: Outstanding Checks

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | - |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | - |

**ELISA LUISA INFANTE MIRANDA**
**INCOME DEPOSIT AND NON DEPOSITS**
**FOR THE QUARTER ENDED SEPTEMBER 30, 2017**

| DATE | COLLECTED FROM | PURPOSE | AMOUNT |
|---|---|---|---:|
| 7/3/2017 | CUSTOMERS | BEAUTY SALON SERVICES | $ 80.00 |
| 7/3/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 230.00 |
| 7/3/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 36.00 |
| 7/6/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 114.00 |
| 7/7/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 223.00 |
| 7/10/2017 | LEASEE | RENT | 750.00 |
| 7/10/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 37.00 |
| 7/10/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 206.00 |
| 7/13/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 176.00 |
| 7/14/2017 | LEASEE | RENT | 800.00 |
| 7/14/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 322.00 |
| 7/17/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 100.00 |
| 7/17/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 84.00 |
| 7/17/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 78.00 |
| 7/19/2017 | SOCIAL SECURITY ADM | RETIREMENT INCOME | 714.00 |
| 7/19/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 83.00 |
| 7/21/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 204.00 |
| 7/24/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 47.00 |
| 7/24/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 58.00 |
| 7/24/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 18.00 |
| 7/26/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 111.00 |
| 7/27/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 25.00 |
| 7/28/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 214.00 |
| 7/31/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 37.00 |
| 7/31/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 249.00 |
| 7/31/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 35.00 |
| 8/2/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 15.00 |
| 8/3/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 30.00 |
| 8/4/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 174.00 |
| 8/7/2017 | LEASEE | RENT | 800.00 |
| 8/7/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 37.00 |
| 8/7/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 194.00 |
| 8/7/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 156.00 |
| 8/9/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 146.00 |
| 8/10/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 251.00 |
| 8/11/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 280.00 |
| 8/14/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 138.00 |
| 8/14/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 175.00 |
| 8/14/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 159.00 |
| 8/16/2017 | LEASEE | RENT | 750.00 |
| 8/16/2017 | SOCIAL SECURITY ADM | RETIREMENT INCOME | 714.00 |
| 8/18/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 127.00 |
| 8/21/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 110.00 |
| 8/21/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 78.02 |
| 8/21/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 105.00 |
| 8/21/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 45.00 |
| 8/23/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 58.00 |
| 8/24/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 81.00 |
| 8/25/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 182.00 |

**ELISA LUISA INFANTE MIRANDA**
**INCOME DEPOSIT AND NON DEPOSITS**
**FOR THE QUARTER ENDED SEPTEMBER 30, 2017**

| DATE | COLLECTED FROM | PURPOSE | AMOUNT |
|---|---|---|---:|
| 8/28/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 58.00 |
| 8/28/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 188.00 |
| 8/28/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 55.00 |
| 8/31/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 188.00 |
| 9/1/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 37.00 |
| 9/5/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 83.00 |
| 9/5/2017 | CUSTOMERS | BEAUTY SALON SERVICES | 69.00 |
| 9/13/2017 | LEASEE | RENT | 800.00 |
| 9/14/2017 | LEASEE | RENT | 750.00 |
| 9/20/2017 | SOCIAL SECURITY ADM | RETIREMENT INCOME | 714.00 |
| | | | $ 12,778.02 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | BPPR |
|---|---|
| Account Number | 110-427963 |
| Purpose of Account (Operating/Payroll/Personal) | BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 7/3/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 180.12 |
| 1576 | 7/6/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 150.00 |
| 1577 | 7/11/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 100.00 |
| 1578 | 7/11/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 300.00 |
| 1587 | 7/11/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 300.00 |
| ACH | 7/14/2017 | AAA | OTHER OPERATING EXPENSE | 293.54 |
| 1579 | 7/17/2017 | CASH | OTHER OPERATING EXPENSE | 40.00 |
| 1581 | 7/17/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 300.00 |
| 1588 | 7/17/2017 | FIRST BANK | CLASS 3 | 1,280.99 |
| 1593 | 7/17/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 150.00 |
| 1594 | 7/17/2017 | CASH | OTHER OPERATING EXPENSE | 75.00 |
| ACH | 7/17/2017 | DISH NETWORK | OTHER OPERATING EXPENSE | 31.18 |
| ACH | 7/18/2017 | CARGO CHEQUE DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| 715 | 7/19/2017 | TRANSWORLD 0938 | OTHER OPERATING EXPENSE | 96.66 |
| 1580 | 7/19/2017 | CASH | OTHER OPERATING EXPENSE | 122.00 |
| 1597 | 7/19/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 300.00 |
| 1610 | 7/19/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 204.00 |
| 1592 | 7/21/2017 | SALLY BEAUTY SALON | OTHER OPERATING EXPENSE | 100.11 |
| 1611 | 7/24/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 200.00 |
| ACH | 7/24/2017 | CARGO EFT DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| ACH | 7/24/2017 | CARGO CHEQUE DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| 1567 | 7/27/2017 | CASH | OTHER OPERATING EXPENSE | 162.92 |
| 1612 | 7/31/2017 | CASH | OTHER OPERATING EXPENSE | 125.00 |
| ACH | 7/31/2017 | LIBERTY CABLEVISION | OTHER OPERATING EXPENSE | 45.78 |
| ACH | 7/31/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 3.30 |
| 1608 | 8/1/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 300.00 |
| ACH | 8/1/2017 | CARGO EFT DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| 1607 | 8/2/2017 | SALLY BEAUTY SALON | OTHER OPERATING EXPENSE | 99.00 |
| ACH | 8/4/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 25.00 |
| ACH | 8/4/2017 | AAA | OTHER OPERATING EXPENSE | 136.00 |
| 1604 | 8/8/2017 | CASH | OTHER OPERATING EXPENSE | 77.60 |
| 1609 | 8/8/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 400.00 |
| 1613 | 8/8/2017 | BENEFIT LIFE INSURANCE | OTHER OPERATING EXPENSE | 71.21 |
| 1614 | 8/8/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 300.00 |
| ACH | 8/8/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 176.34 |
| ACH | 8/8/2017 | AAA | OTHER OPERATING EXPENSE | 100.00 |
| ACH | 8/9/2017 | AAA | OTHER OPERATING EXPENSE | 10.00 |
| 1605 | 8/10/2017 | CASH | OTHER OPERATING EXPENSE | 173.00 |
| 1598 | 8/14/2017 | CASH | OTHER OPERATING EXPENSE | 200.00 |
| 1599 | 8/15/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 254.00 |
| 1606 | 8/15/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 304.80 |
| ACH | 8/15/2017 | CARGO CHEQUE DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| 815 | 8/16/2017 | TRANSWORLD 0938 | OTHER OPERATING EXPENSE | 96.66 |
| ACH | 8/16/2017 | DISH NETWORK | OTHER OPERATING EXPENSE | 12.40 |
| 1591 | 8/17/2017 | FIRST BANK | CLASS 3 | 1,642.89 |
| 1601 | 8/22/2017 | CASH | OTHER OPERATING EXPENSE | 82.00 |
| 1596 | 8/23/2017 | CASH | OTHER OPERATING EXPENSE | 200.00 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**  **ATTACHMENT NO. 4**

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1600 | 8/28/2017 | SANDY MORALES | OTHER OPERATING EXPENSE | 226.00 |
| 1616 | 8/28/2017 | MIGDALIA SANCHEZ | OTHER OPERATING EXPENSE | 200.00 |
| 1603 | 8/29/2017 | CASH | OTHER OPERATING EXPENSE | 120.00 |
| 1618 | 8/31/2017 | CASH | OTHER OPERATING EXPENSE | 175.00 |
| ACH | 8/31/2017 | AAA | OTHER OPERATING EXPENSE | 300.00 |
| ACH | 8/31/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 3.40 |
| ACH | 9/1/2017 | CARGO EFT DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| ACH | 9/1/2017 | CARGO EFT DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| ACH | 9/1/2017 | CARGO EFT DEVUELTO | OTHER OPERATING EXPENSE | 15.00 |
| ACH | 9/8/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 25.00 |
| ACH | 9/14/2017 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 178.71 |
| 915 | 9/18/2017 | TRANSWORLD 0938 | OTHER OPERATING EXPENSE | 96.66 |
| 1634 | 9/18/2017 | FIRST BANK | CLASS 3 | 1,211.74 |
| ACH | 9/31/17 | BANCO POPULAR DE PR | OTHER OPERATING EXPENSE | 3.00 |
| | | | TOTAL | $ 11,881.01 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



| | |
|---|---|
| | Estado Bancario |
| 17C | Desde: 01 de julio de 2017 |
| | Hasta: 31 de julio de 2017 |

4353

ELISA L INFANTE MIRANDA
DBA DLIZ BEAUTY CENTER
VILLA NEVAREZ
332 CALLE 32
SAN JUAN PR  00927-4721

BANKRUPTCY COURT

Página 1

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $14.00 |
| 29 Depósitos | + | 5,588.84 |
| 27 Retiros | − | 5,160.14 |
| Cargos por Servicios | − | 3.30 |
| **Balance Final** | | **$439.40** |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!!  Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

Balance inicial  $14.00

#### Depósitos

##### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-03 | 500090476 | Depósito | 80.00 |
| 07-10 | 19045645 | Depósito  Sucursal Plaza Las Américas | 750.00 |
| 07-10 | 500098097 | Depósito | 37.00 |
| 07-14 | 500177914 | Depósito | 800.00 |
| 07-17 | 500119334 | Depósito | 100.00 |
| 07-24 | 500100702 | Depósito | 47.00 |
| 07-31 | 500136056 | Depósito | 37.00 |
| | | 07 Total de hojas de depósito | $1,851.00 |

##### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-03 | 2010020241 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 230.00 |
| 07-03 | 2010007062 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 36.00 |
| 07-06 | 2010007315 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 114.00 |
| 07-07 | 2010007562 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 223.00 |
| 07-10 | 2010020103 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 206.00 |
| 07-13 | 2010007314 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 176.00 |
| 07-14 | 2010007632 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 322.00 |
| 07-17 | 2010007101 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 84.00 |
| 07-17 | 2010020505 | Depósito        Xxxxxx6661  BPPR Mrch. Dep   CR Memo | 78.00 |


# BANCO POPULAR

Desde: 01 de julio de 2017
Hasta: 31 de julio de 2017

BANKRUPTCY COURT

Página 2

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-18 | 501046926 | Cheque Devuelto SF 715 | No 96.66 |
| 07-19 | 95002786060 | Depósito Xxx-xx-0692 Ssa Treas 310 Xxsoc Sec  Seguro Social | 714.00 |
| 07-19 | 2010007221 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 83.00 |
| 07-21 | 2010007554 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 204.00 |
| 07-24 | 2010020062 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 58.00 |
| 07-24 | 2010006975 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 18.00 |
| 07-24 | 2005107698 | EFT Payment Devuelto SF | DO 298.26 |
| 07-24 | 501013902 | Cheque Devuelto SF 1567 | No 162.92 |
| 07-26 | 2010005851 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 111.00 |
| 07-27 | 2010007028 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 25.00 |
| 07-28 | 2010007390 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 214.00 |
| 07-31 | 2010020041 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 249.00 |
| 07-31 | 2010006974 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 35.00 |
| | | 22 Total de otros depósitos | 3,737.84 |
| | | 29 Total de depósitos | $5,588.84 |

## Retiros

### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00715 | 07-18 | 501046926 | 96.66 | 01587 | 07-11 | 500150601 | 300.00 |
| 00715 | 07-19 | 501046926 | 96.66 | 01588 | 07-17 | 501011062 | 1,280.99 |
| 01567 | 07-24 | 501013902 | 162.92 | 01592 | 07-21 | 501018530 | 100.11 |
| 01567 | 07-27 | 501027958 | 162.92 | 01593 | 07-17 | 500262692 | 150.00 |
| 01576 | 07-06 | 500091016 | 150.00 | 01594 | 07-17 | 500239713 | 75.00 |
| 01577 | 07-11 | 500147281 | 100.00 | 01597 | 07-19 | 500141423 | 300.00 |
| 01578 | 07-11 | 500057707 | 300.00 | 01610 | 07-19 | 500051746 | 204.00 |
| 01579 | 07-17 | 500140814 | 40.00 | 01611 | 07-24 | 500102270 | 200.00 |
| 01580 | 07-19 | 500047292 | 122.00 | 01612 | 07-31 | 500244773 | 125.00 |
| 01581 | 07-17 | 500254789 | 300.00 | | | | |
| | | | | | | 19 Cheques Pagados | $4,266.26 |

STPOSS.010-08/01/2017-0000/4353


**BANCO POPULAR**

Desde:
01 de julio de 2017
Hasta:
31 de julio de 2017

BANKRUPTCY COURT

Página 3

Número de Cuenta
110-427963

ELISA L INFANTE MIRANDA

### Retiros (continuación)

Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-03 | 84008958807 | Pago Xxxxxx6661 BPPR Merchant DR Mbs Fee | 180.12 |
| 07-14 | 95003062893 | Pago Xxxxxx5197 AAA Call Center Aaaccp | 293.54 |
| 07-17 | 98003109288 | Pago 9111965956 Spa Dish Network Dish Ntwrk | 31.18 |
| 07-18 | 501046926 | Cargo Cheque Devuelto SF | 15.00 |
| 07-24 | 2005107698 | Pago 83t57 Ivr_aee Interact Tel Pmts | 298.26 |
| 07-24 | 2005107698 | Cargo EFT Devuelto SF | 15.00 |
| 07-24 | 501013902 | Cargo Cheque Devuelto SF | 15.00 |
| 07-31 | 12007320707 | Pago 11734233 Spa Liberty Cablevis Onelink | 45.78 |
| | | 08 Total de otros retiros | $893.88 |
| | | 27 Total de retiros | $5,160.14 |

### Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 3.00 |
| 03 Transacciones en Exceso de | 15 | 0.10 | 0.30 |
| | Total de Cargos para este Período | | $3.30 |
| | *Balance Final* | | $439.40 |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 07-03 | 179.88 | 179.88 | 07-18 | 34.17 | 34.17 |
| 07-05 | 179.88 | 179.88 | 07-19 | 108.51 | 108.51 |
| 07-06 | 143.88 | 143.88 | 07-20 | 108.51 | 108.51 |
| 07-07 | 366.88 | 366.88 | 07-21 | 212.40 | 212.40 |
| 07-10 | 1,359.88 | 1,359.88 | 07-24 | 105.40 | 105.40 |
| 07-11 | 659.88 | 659.88 | 07-25 | 105.40 | 105.40 |
| 07-12 | 659.88 | 659.88 | 07-26 | 216.40 | 216.40 |
| 07-13 | 835.88 | 835.88 | 07-27 | 78.48 | 78.48 |
| 07-14 | 1,664.34 | 1,664.34 | 07-28 | 292.48 | 292.48 |
| 07-17 | 49.17 | 49.17 | 07-31 | 439.40 | 439.40 |

Su balance mínimo durante este período fue: $34.17

Su próximo estado será el 31 de agosto de 2017



Desde:
01 de julio de 2017
Hasta:
31 de julio de 2017

BANKRUPTCY COURT

Página 4

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.



| | | | 18C | Estado Bancario |
|---|---|---|---|---|
| | | | | Desde: 01 de agosto de 2017 |
| | | | | Hasta: 31 de agosto de 2017 |

4352

ELISA L INFANTE MIRANDA
DBA DLIZ BEAUTY CENTER
VILLA NEVAREZ
332 CALLE 32
SAN JUAN PR  00927-4721

BANKRUPTCY COURT

Página 1

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

### Resumen de su Cuenta

#### Cheques

| Balance Inicial | | $439.40 |
|---|---|---|
| 29 Depósitos | + | 7,113.25 |
| 29 Retiros | − | 7,531.13 |
| Cargos por Servicios | − | 3.40 |
| Balance Final | | $18.12 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

### Detalle de la actividad de su Cuenta

#### Cheques

Balance inicial                                $439.40

#### Depósitos

##### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-07 | 19075132 | Depósito Sucursal Plaza Las Américas | 800.00 |
| 08-07 | 500103781 | Depósito | 37.00 |
| 08-14 | 500180416 | Depósito | 138.00 |
| 08-16 | 106054619 | Depósito Sucursal Muñoz Rivera | 750.00 |
| 08-21 | 500087996 | Depósito | 110.00 |
| 08-21 | 11026523 | Depósito Sucursal San Juan | 78.02 |
| 08-28 | 500071664 | Depósito | 58.00 |
| | | 07 Total de hojas de depósito | $1,971.02 |

##### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | 13007871775 | EFT Payment Devuelto SF | 176.34 |
| 08-02 | 2010007279 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 15.00 |
| 08-03 | 2010007358 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 30.00 |
| 08-04 | 2010007609 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 174.00 |
| 08-07 | 2010020414 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 194.00 |
| 08-07 | 2010007059 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 156.00 |
| 08-09 | 2010007307 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 146.00 |
| 08-10 | 2010007333 | Depósito    Xxxxxx6661 BPPR Mrch. Dep   CR Memo | 251.00 |



| Desde: |
|---|
| 01 de agosto de 2017 |
| Hasta: |
| 31 de agosto de 2017 |

BANKRUPTCY COURT

Página 2

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

### Depósitos (continuación)

#### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-11 | 2010007627 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 280.00 |
| 08-14 | 2010020311 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 175.00 |
| 08-14 | 2010007104 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 159.00 |
| 08-15 | 501010952 | Cheque Devuelto SF 1591 | 1,642.89 |
| 08-16 | 23001363035 | Depósito Xxx-xx-0692 Ssa Treas 310 Xxsoc Sec  *Seguro Social* | 714.00 |
| 08-18 | 2010007470 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 127.00 |
| 08-21 | 2010020330 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 105.00 |
| 08-21 | 2010007050 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 45.00 |
| 08-23 | 2010007239 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 58.00 |
| 08-24 | 2010007356 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 81.00 |
| 08-25 | 2010007541 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 182.00 |
| 08-28 | 2010020229 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 188.00 |
| 08-28 | 2010007060 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 55.00 |
| 08-31 | 2010007299 | Depósito Xxxxxx6661 BPPR Mrch. Dep CR Memo | 188.00 |
| | | 22 Total de otros depósitos | 5,142.23 |
| | | 29 Total de depósitos | $7,113.25 |

### Retiros

#### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00815 | 08-16 | 501023845 | 96.66 | 01605 | 08-10 | 500133432 | 173.00 |
| 01591 | 08-15 | 501010952 | 1,642.89 | 01606 | 08-15 | 500126219 | 304.80 |
| 01591 | 08-17 | 501015753 | 1,642.89 | 01607 | 08-02 | 500127872 | 99.00 |
| 01596 | 08-23 | 500042653 | 200.00 | 01608 | 08-01 | 500094862 | 300.00 |
| 01598 | 08-14 | 500215529 | 200.00 | 01609 | 08-08 | 500038432 | 400.00 |
| 01599 | 08-15 | 500115871 | 254.00 | 01613 | 08-08 | 501037225 | 71.21 |
| 01600 | 08-28 | 500094228 | 226.00 | 01614 | 08-08 | 500133559 | 300.00 |
| 01601 | 08-22 | 500069573 | 82.00 | 01616 | 08-28 | 500200943 | 200.00 |
| 01603 | 08-29 | 500083050 | 120.00 | 01618 | 08-31 | 500112181 | 175.00 |
| 01604 | 08-08 | 500154526 | 77.60 | | | | |
| | | | | 19 Cheques Pagados | | | $6,565.05 |



Desde:
01 de agosto de 2017
Hasta:
31 de agosto de 2017

BANKRUPTCY COURT

Página 3

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

### Retiros   (continuación)

Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 08-01 | 13007871775 | Pago          Xxxxxx6661  BPPR Merchant   DR Mbs Fee | 176.34 |
| 08-01 | 13007871775 | Cargo EFT Devuelto SF | 15.00 |
| 08-04 | 90900374 | Cargo         Xxxxxx6661  BPPR Merchant   Return Fee | 25.00 |
| 08-04 | 16009433519 | Pago          Xxxxxx1595  AAA - Ivr    Aaaivr | 136.00 |
| 08-08 | 90700342 | Pago          Xxxxxx6661  BPPR Merchant   DR Mbs Fee | 176.34 |
| 08-08 | 20010146063 | Pago          Xxxxxx7503  AAA - Ivr    Aaaivr | 100.00 |
| 08-09 | 21000536884 | Pago          Xxxxxx6836  AAA - Ivr    Aaaivr | 10.00 |
| 08-15 | 501010952 | Cargo Cheque Devuelto SF | 15.00 |
| 08-16 | 27002543562 | Pago          9111965956 Spa  Dish Network   Dish Ntwrk | 12.40 |
| 08-31 | 43007362344 | Pago          Xxxxxx6010  AAA - Ivr    Aaaivr | 300.00 |
| | | 10 Total de otros retiros | $966.08 |
| | | 29 Total de retiros | $7,531.13 |

### Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 3.00 |
| 04 Transacciones en Exceso de | 15 | 0.10 | 0.40 |
| | Total de Cargos para este Período | | $3.40 |
| | *Balance Final* | | $18.12 |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 08-01 | 124.40 | 124.40 | 08-17 | 49.50 | 49.50 |
| 08-02 | 40.40 | 40.40 | 08-18 | 176.50 | 176.50 |
| 08-03 | 70.40 | 70.40 | 08-21 | 514.52 | 514.52 |
| 08-04 | 83.40 | 83.40 | 08-22 | 432.52 | 432.52 |
| 08-07 | 1,270.40 | 1,270.40 | 08-23 | 290.52 | 290.52 |
| 08-08 | 145.25 | 145.25 | 08-24 | 371.52 | 371.52 |
| 08-09 | 281.25 | 281.25 | 08-25 | 553.52 | 553.52 |
| 08-10 | 359.25 | 359.25 | 08-28 | 428.52 | 428.52 |
| 08-11 | 639.25 | 639.25 | 08-29 | 308.52 | 308.52 |
| 08-14 | 911.25 | 911.25 | 08-30 | 308.52 | 308.52 |
| 08-15 | 337.45 | 337.45 | 08-31 | 18.12 | 18.12 |
| 08-16 | 1,692.39 | 1,692.39 | | | |

Su balance mínimo durante este período fue:     $21.52

Su próximo estado será el   29 de septiembre  de 2017



Desde:
01 de agosto de 2017
Hasta:
31 de agosto de 2017

BANKRUPTCY COURT

Página 4

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

**BANCO POPULAR**

Estado Bancario

Desde: 01 de septiembre de 2017
Hasta: 29 de septiembre de 2017

ELISA L INFANTE MIRANDA
DBA DLIZ BEAUTY CENTER
VILLA NEVAREZ
332 CALLE 32
SAN JUAN PR 00927-4721

310

BANKRUPTCY COURT

Página 1

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $18.12 |
| 09 Depósitos + | 3,210.50 |
| 10 Retiros - | 2,314.61 |
| Cargos por Servicios - | 3.00 |
| **Balance Final** | **$911.01** |

## Detalle de la actividad de su Cuenta

### Cheques

Balance inicial $18.12

### Depósitos

#### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-01 | 500021529 | Depósito | 37.00 |
| 09-05 | 500066415 | Depósito | 83.00 |
| 09-13 | 500115407 | Depósito   *lint* | 800.00 |
| 09-14 | 110014323 | Depósito   *Rent*<br>Sucursal Reparto Metropolitano | 750.00 |
| | | **04 Total de hojas de depósito** | **$1,670.00** |

#### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-01 | 43007251892 | EFT Payment Devuelto SF | 166.97 |
| 09-01 | 43007321904 | EFT Payment Devuelto SF | 411.82 |
| 09-01 | 44007494054 | EFT Payment Devuelto SF | 178.71 |
| 09-05 | 2010007057 | Depósito   Xxxxxx6661<br>BPPR Mrch. Dep   CR Memo | 69.00 |
| 09-20 | 58001512533 | Depósito   Xxx-xx-0692<br>Ssa  Treas 310  Xxsoc Sec | 714.00 |
| | | **05 Total de otros depósitos** | **1,540.50** |
| | | **09 Total de depósitos** | **$3,210.50** |

### Retiros

#### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00915 | 09-18 | 501040641 | 96.66 | 01634 | 09-18 | 501011996 | 1,211.74 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el **nuevo Centro de Banca de Negocios** y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

**CENTRO DE BANCA DE NEGOCIOS** le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

**BANCO POPULAR**

Desde: 01 de septiembre de 2017
Hasta: 29 de septiembre de 2017

BANKRUPTCY COURT

Página 2

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

## Retiros (continuación)

| | 02 Cheques Pagados | $1,308.40 |
|---|---|---|

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-01 | 43007251892 | Pago 11734233 Spa Liberty Cablevis Onelink | 166.97 |
| 09-01 | 43007251892 | Cargo EFT Devuelto SF | 15.00 |
| 09-01 | 43007321904 | Pago Jqld7 Tel_aee Call Cen Web Pmts | 411.82 |
| 09-01 | 43007321904 | Cargo EFT Devuelto SF | 15.00 |
| 09-01 | 44007494054 | Pago Xxxxxx6661 BPPR Merchant DR Mbs Fee | 178.71 |
| 09-01 | 44007494054 | Cargo EFT Devuelto SF | 15.00 |
| 09-08 | 90900410 | Cargo Xxxxxx6661 BPPR Merchant Return Fee | 25.00 |
| 09-14 | 90700380 | Pago Xxxxxx6661 BPPR Merchant DR Mbs Fee | 178.71 |
| | | 08 Total de otros retiros | $1,006.21 |
| | | 10 Total de retiros | $2,314.61 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento Cheques | | | 3.00 |
| 02 Transacciones en Exceso de | 0 | 0.00 | 0.00 |
| | Total de Cargos para este Período | | $3.00 |
| | **Balance Final** | | **$911.01** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 09-01 | 10.12 | 10.12 | 09-19 | 200.01 | 200.01 |
| 09-05 | 162.12 | 162.12 | 09-20 | 914.01 | 914.01 |
| 09-07 | 162.12 | 162.12 | 09-21 | 914.01 | 914.01 |
| 09-08 | 137.12 | 137.12 | 09-22 | 914.01 | 914.01 |
| 09-11 | 137.12 | 137.12 | 09-25 | 914.01 | 914.01 |
| 09-12 | 137.12 | 137.12 | 09-26 | 914.01 | 914.01 |
| 09-13 | 937.12 | 937.12 | 09-27 | 914.01 | 914.01 |
| 09-14 | 1,508.41 | 1,508.41 | 09-28 | 914.01 | 914.01 |
| 09-15 | 1,508.41 | 1,508.41 | 09-29 | 911.01 | 911.01 |
| 09-18 | 200.01 | 200.01 | | | |

**Su balance mínimo durante este período fue: $10.12**

*Su próximo estado será el 31 de octubre de 2017*



| Desde: |
|---|
| 01 de septiembre de 2017 |

| Hasta: |
|---|
| 29 de septiembre de 2017 |

BANKRUPTCY COURT

Página 3

Número de Cuenta
**110-427963**

ELISA L INFANTE MIRANDA

### Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

**BANCO POPULAR**

ELISA L INFANTE MIRANDA                                110-427963     PAGINA 4

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

| 0501040641 | 09/18/17 | 96.66 | 0501011996 | 09/18/17 | 1,211.74 |