United States Bankruptcy Court
District of Puerto Rico

In re:  
ELISA LUISA INFANTE MIRANDA  
    Debtor

Case No. 15-05294-BKT  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: borregom | Page 1 of 1 | Date Rcvd: Jun 05, 2018 |
|---|---|---|---|
| | Form ID: pdf002 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db             +ELISA LUISA INFANTE MIRANDA,    URB VILLAS DE LAS AMERICAS,    B 16 BUZON 51,
                 SAN JUAN, PR 00927-4606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
```
              EDUARDO M VERAY    on behalf of Creditor    BANCO POPULAR PR - SPECIAL LOANS
               eduardo.veray@popular.com,   eduardoveray@gmail.com;daira.vaello@popular.com;mia.diaz@popular.com
              JESUS ENRIQUE BATISTA SANCHEZ    on behalf of Debtor ELISA LUISA INFANTE MIRANDA
               jeb@batistasanchez.com,
               jebatista31@gmail.com;G4630@notify.cincompass.com;jeb@ecf.inforuptcy.com;Jelixadp@gmail.com
              JULIANA   RODRIGUEZ    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing, LLC
               bankruptcy-pr@millenniumpartners.net,   Juliana.rodriguez@millenniumpartners.net
              JULIANA   RODRIGUEZ    on behalf of Creditor    Ditech Financial LLC
               bankruptcy-pr@millenniumpartners.net,   Juliana.rodriguez@millenniumpartners.net
              MARISOL   MORALES ABREU    on behalf of Creditor    Ditech Financial LLC
               bankruptcy-pr@millenniumpartners.net
              MIGDALIA   EFFIE GUASP    on behalf of Creditor    BANCO POPULAR PR - SPECIAL LOANS megbky@bppr.com,
               migdalia.guasp@popular.com,   migdalia.guasp@popular.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              OSCAR   CIRILO    on behalf of Debtor ELISA LUISA INFANTE MIRANDA vantagepointadvisorspr@gmail.com,
               cpaciriorti@gmail.com
              OSCAR   CIRILO    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing, LLC
               vantagepointadvisorspr@gmail.com,   cpaciriorti@gmail.com
              PATRICIA I VARELA HARRISON    on behalf of Creditor    FIRST BANK PR pvarela@martineztorreslaw.com,
               mbaldera@martineztorreslaw.com;vtorres@martineztorreslaw.com;ezdocsatty1@gmail.com;rmelendez@mart
               ineztorreslaw.com;ecruz@martineztorreslaw.com;svega@martineztorreslaw.com;jrico@martineztorreslaw
               .com
              US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

```
                    IN THE UNITED STATES BANKRUPTCY COURT FOR
                             THE DISTRICT OF PUERTO RICO

 IN RE:
                                            CASE NO. 15-05294 BKT

 ELISA LUISA INFANTE MIRANDA
                                                 Chapter 11


 XXX-XX-0692


                                            FILED & ENTERED ON 6/5/2018

          Debtor(s)
```

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

[ X ]  The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

[  ]  [Insert Trustee's name]is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

[  ]  The chapter 11 case of the above-named debtor is closed; and

[ X ]  The Estate is hereby closed without entry of a discharge order in this individual Chapter 11 debtor case.  The case may be reopened to enter a discharge order, upon payment of the reopening fees and the filing of evidence showing that all payments under the confirmed plan have been made; and

[  ]  [other provisions as needed]

In San Juan, Puerto Rico, this 05 day of June, 2018.

                                        Brian K. Tester
                                        U.S. Bankruptcy Judge

---

* Set forth all names, including trade names, used by the debtor within the last 8 years.
  (Fed. R. Bankr. P. 1005).  For joint debtors set forth both social security numbers.